# UNITED STATES DISTRICT COURT
## District of New Jersey

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>DEVONA TAYLOR | ORDER OF DISCHARGE<br>AND DISMISSAL/<br>EXPUNGEMENT<br><br>Case No. 04-9180 |

### ORDER DISCHARGING DEFENDANT FROM PROBATION AND DISMISSING PROCEEDINGS

The supervising probation officer having reported that the defendant has complied with the conditions of probation, and having recommended that the defendant be discharged from probation at this time and that the proceedings be dismissed pursuant to 18 U.S.C. §3607(a),

*IT IS SO ORDERED.*

_____6/15/06_____
Date

[signature]
Signature of Judicial Officer
Honorable Anthony R. Mautone
United States Magistrate Judge

_____
Name and Title of Judicial Officer

- - - - - - - - - - - - - - - - - - - - - - - - -

### ORDER DIRECTING EXPUNGEMENT OF OFFICIAL RECORDS

It appearing that the defendant was not over twenty-one years of age at the time of the offense, IT IS ORDERED, that all references to the defendant's arrest for the offense, the institution of criminal proceedings against the defendant, and the results thereof be expunged from all official records (except the nonpublic records to be retained by the Department of Justice pursuant to 18 U.S.C. §3607(b)).

_____
Date

_____
Signature of Judicial Officer

_____
Name and Title of Judicial Officer